IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01373-WYD-MEH

COBBLER NEVADA, LLC, a California limited liability company,

   Plaintiff,

v.

JOHN DOES 1-25,

   Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on July 25, 2015 (ECF No. 12), it is

ORDERED that Defendant John Doe 17 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

   Dated:  July 27, 2015

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge