IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Cobbler Nevada, LLC, )<br><br>Plaintiff, )<br><br>v. )<br><br>John Doe 1, et.al., )<br><br>Defendants. )<br>)<br>)<br>) | Civil Action No. 15-cv-01373-WJD-MEH<br><br>NOTICE OF DISMISSAL |

  Plaintiff, Countryman Nevada, LLC and Defendants Doe #3 and Doe #14 have entered into confidential settlement agreements resolving this dispute.  Plaintiff advises the court that this case may be dismissed against these Defendants, with prejudice, pursuant to the settlement agreements.

  Defendants have not filed an Answer or Motion for Summary Judgment in this Matter.

  THEREFORE, the Plaintiff hereby dismisses the above-referenced action filed against the Defendant John Doe #3 and John Doe #14, pursuant to F.R.C.P. 41(a)(1)(A)(i), with prejudice.

**Respectfully submitted this 12th day of  August 2015,**

       BROWN & KANNADY, LLC

       ***/s/ Scott T Kannady***

       Scott T. Kannady, Esq.
       2000 S. Colorado Blvd.
       Suite 2-610
       Denver, Colorado 80222
       Telephone (303) 757-3800

       Attorneys for Plaintiff.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 12, 2015, I electronically serve the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

By: <u>/s/ Maegan M. Stevens</u>
Maegan Stevens, paralegal
Brown & Kannady, LLC