IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01373-WYD-MEH

COBBLER NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOES 1-2, 4-13, 15-16, 18-25,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on October 14, 2015 (ECF No. 22), it is

ORDERED that Defendant John Doe 20 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  October 14, 2015

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge