IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01373-WYD-MEH

COBBLER NEVADA, LLC, a California limited liability company,

   Plaintiff,

v.

JOHN DOES 1-2, 4-13, 15-16, 18-19, 21-25,

   Defendants.

## ORDER

This matter is before the Court on the Notice of Dismissal filed on October 23, 2015, that dismisses Defendants John Doe and 13 with prejudice and the Notice of Dismissal of Case filed on October 28, 2015 that dismisses the remaining defendants without prejudice.  The Court, having reviewed the Notices that were filed pursuant to pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and being fully advised in the premises,

ORDERS that Defendant John Does 8 and 13 are **DISMISSED WITH PREJUDICE**.  It is

FURTHER ORDERED that the remaining Defendants and this action are **DISMISSED WITHOUT PREJUDICE.**

Dated:  October 30, 2015

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge